**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Dkt. 3:05CR90/RV |
| | ) | |
| **Joseph Tyrone McConnico** | ) | |

### ORDER CONTINUING SUPERVISION

THIS MATTER CAME on to be heard on June 29, 2006; there appearing Assistant U.S. Attorney Thomas Swaim; and the defendant, Joseph Tyrone McConnico; appearing in person with counsel, Assistant Federal Public Defender Robert Dennis, Esquire; and after receiving testimony, the Court did find the defendant to be in violation of supervised release of violations #1, 2 and 3 as outlined in the Petition. The Court orders the defendant to be continued under supervision with the following additional special condition:

Special Condition # 1      "The defendant shall reside at the Pensacola Community Service Center and remain at the Community Service Center at all times, except as authorized, for a period of five (5) months. The offender shall be placed in the corrections component, (most restrictive conditions) of the Pensacola Community Service Center and will be allowed to leave the Community Service Center only for the purposes of treatment, work, basic needs, religious services, and only at times approved by the supervising U.S. Probation Officer."

DONE AND ORDERED in Open Court at Pensacola, Florida, this  29th   day of June, 2006.

/s/ *Roger Vinson*
**Roger Vinson**
**Senior U.S. District Judge**

Date Signed:  6/30/2006